JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO D. B., | Case No. 5:24-cv-01096-KES |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHELLE KING, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is affirmed.

DATED: January 30, 2025

_____
KAREN E. SCOTT
United States Magistrate Judge

1